**FILED**
**CLERK**

11:31 am, Mar 24, 2022

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X   <u>VIA ECF</u>

CRYSTAL ARBOUIN,

                           Plaintiff,

      -against-                         2:20-CV-01893 (JMA)(SIL)

BOB'S DISCOUNT FURNITURE, LLC,
BEN PILLAI, and RALPH BRIGHAM,

                           Defendants.

------------------------------------------------------------X

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

        **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendants, by and through their undersigned counsel, that the above-captioned action be hereby dismissed in its entirety, with prejudice, and with no award of attorneys' or Complaint fees or costs to any party; and,

        **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and by facsimile/scanned signatures, which shall have the same force and effect as original signatures.

GERSTMAN SCHWARTZ LLP
*Attorneys for Plaintiff*
1399 Franklin Avenue, Suite 200
Garden City, NY 11530
(516) 880-8170

By: _____
     Randy Kleinmann, Esq.

Dated: _2/28/22_

JACKSON LEWIS P.C.
*Attorneys for Defendants*
58 South Service Road, Suite 250
Melville, New York 11747

By: _____
     David S. Greenhaus, Esq.

Dated: _3-18-22_

4884-0518-0171, v. 1

Case closed.
SO ORDERED.
/s/ JMA, USDJ
3/24/2022

15